Jean K. Hyams (State Bar No.144425)
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, California 94612
Telephone: (510) 318-7703
Facsimile: (510) 318-7701
Email:  jean@levyvinick.com

Attorney for Plaintiff
DAVID SAN JUAN

Lisa Barnett Sween (State Bar No. 191155)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA  94111
Telephone:  (415) 394-9400
Facsimile: (415) 394-9400
Email:  lisa.sween@jacksonlewis.com

Attorney for Defendants
ANHEUSER-BUSCH, INC.
and ANHEUSER-BUSCH, LLC

Additional Counsel Listed on Second Page.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SAN JUAN,<br><br>              Plaintiff,<br><br>      vs.<br><br>ANHEUSER-BUSCH INC., ANHEUSER-BUSCH, LLC, and DOES 1 through 10,<br><br>              Defendants. | No. 2:16-cv-00861 DB<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER AS TO TRIAL DATE AND ALL RELATED DEADLINES** |

Case No. 2:16-cv-00861 (DB)
*San Juan v. Anheuser-Busch Inc., et al.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rebecca G. Kagin
Law Offices of Rebecca G. Kagin
6 C Street
Petaluma, CA 94952
Telephone:  (707) 765-1111
Facsimile:   (707) 669-4457
Email:  rkagin@rkaginlaw.com

Attorney for Plaintiff
DAVID SAN JUAN


Angel R. Sevilla
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA  94111
Telephone:  (415) 394-9400
Facsimile: (415) 394-9400
Email:  angel.sevilla@jacksonlewis.com

Attorney for Defendants
ANHEUSER-BUSCH, INC.
and ANHEUSER-BUSCH, LLC

Case No. 2:16-cv-00861 (DB)
*San Juan v. Anheuser-Busch Inc., et al.*

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Eastern District of California Local Rule 144(a), by and between Plaintiff DAVID SAN JUAN ("Plaintiff"), by and through his attorneys of record, and Defendants ANHEUSER-BUSCH INC. and ANHEUSER-BUSCH, LLC ("Defendants"), by and through their attorneys of record, as follows:

1. WHEREAS, on April 25, 2016, Plaintiff filed a "Complaint for Damages and Declaratory and Injunctive Relief" ("Complaint") against Defendants in the United States District Court, Eastern District of California;

2. WHEREAS, Defendants filed their "Answer to Plaintiff's Complaint" on June 20, 2016;

3. WHEREAS, on August 22, 2016, the Court entered the Pre-Trial Scheduling Order (Doc. No. 18), which set forth a Trial Date on October 16, 2017, the Final Pre-Trial Conference on August 11, 2017, the deadline to complete discovery by April 14, 2017, and completion of non-discovery law and motion by June 2, 2017.

4. WHEREAS, Plaintiff and Defendants (the "Parties"), through their respective attorneys of record, agreed to stay discovery and focus initially on discovery needed to prepare for mediation;

5. WHEREAS, the parties participated in a full-day of mediation on January 31, 2016 which was not successful in resolving the matter;

6. WHEREAS, the parties wish to continue engaging in good faith settlement negotiations;

7. WHEREAS, the parties have diligently engaged in discovery to date, including four depositions taken by Plaintiff and Plaintiff's first half-day of deposition taken by Defendants on November 4, 2016;

8. WHEREAS, the parties have insufficient time to complete depositions and other discovery necessary prior to the discovery completion date of April 14, 2017;

9. WHEREAS, Plaintiff's counsel, Jean K. Hyams, of Levy Vinick Burrell Hyams LLP, serves as President of the California Employment Lawyers Association ("CELA") and the current trial date of October 16, 2017 conflicts with the annual CELA conference and board meeting;

10. WHEREAS, Plaintiff's counsel's involvement in the CELA conference and board meeting is required;

11. WHEREAS, Defendant's counsel, Lisa Sween, of Jackson Lewis LLP, has very limited availability to participate in depositions between now and the current close of discovery due to another active matter;

12. WHEREAS, the Parties are working cooperatively to schedule the remaining discovery necessary to take place as soon as practicable, and to continue trial on a mutually agreeable date, subject to the Court's approval;

13. WHEREAS, the parties have agreed that all pretrial motions, except motions to compel discovery shall be briefed no later than June 9, 2017, with oppositions and replies to be filed no later than June 23, 2017 and June 30, 2017, respectively.

14. WHEREAS, Defendants' counsel is not available for trial prior to November 8, 2017.

15. WHEREAS, there have been no prior extensions of the trial date or any dates set by the Court, other than the expert disclosure deadlines;

BASED ON THE FOREGOING, the parties hereby stipulate to the following revised schedule and respectfully request that the Court modify the Pretrial Scheduling Order as set forth in the proposed schedule below:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Plaintiff shall disclose experts | March 17, 2017 | May 5, 2017 |
| Defendant shall disclose experts | March 31, 2017 | May 19, 2017 |
| Rebuttal experts | April 7, 2017 | May 26, 2017 |
| Non-expert discovery shall be completed by | April 14, 2017 | May 19, 2017 |
| Expert discovery shall be completed by | | June 2, 2017 |
| All pretrial motions, except motions to compel discovery, shall be briefed in | June 2, 2017 | July 14, 2017 |

Case No. 2:16-cv-00861 (DB)
*San Juan v. Anheuser-Busch Inc., et al.*

| accordance with the parties' agreement re modified briefing and completed by | | |
|---|---|---|
| Final pre-trial conference | August 11, 2017 | September 1, 2017 |
| Trial | October 16, 2017 | November 9, 2017 |

**IT IS SO STIPULATED.**

Dated:      March 7, 2017           **LEVY VINICK BURRELL HYAMS LLP**

/s/Jean K. Hyams

By: _____

Jean K. Hyams
Rebecca G. Kagin
Attorneys for Plaintiff
DAVID SAN JUAN

I, Jean K. Hyams, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the contents of this form and have authorized the filing.

Dated:      March 7, 2017           **JACKSON LEWIS P.C.**

/s/Lisa B. Sween

By: _____

Lisa Barnett Sween
Angel R. Sevilla

Attorneys for Defendants
ANHEUSER-BUSCH, INC. and
ANHEUSER-BUSCH, LLC

5

Case No. 2:16-cv-00861 (DB)
*San Juan v. Anheuser-Busch Inc., et al.*

1  | **<u>ORDER</u>**

The parties' stipulation, as modified below, is granted.

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Plaintiff shall disclose experts | March 17, 2017 | May 5, 2017 |
| Defendant shall disclose experts | March 31, 2017 | May 19, 2017 |
| Rebuttal experts | April 7, 2017 | May 26, 2017 |
| All discovery shall be completed by | | June 2, 2017 |
| All pretrial motions, except motions to compel discovery, shall be completed by | June 2, 2017 | July 28, 2017 |
| Final pre-trial conference | August 11, 2017 | October 6, 2017 |
| Trial | October 16, 2017 | December 4, 2017 |

**IT IS SO ORDERED.**

Dated:  March 7, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.consent \sanjuan0861.sched.ord

6

Case No. 2:16-cv-00861 (DB)
*San Juan v. Anheuser-Busch Inc., et al.*